# Court of Appeals
# of the State of Georgia

ATLANTA,  March 27, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0250. ERIC CHRISTOPHER WHITE v. LAURA ASHLEY WHITE.**

Eric Christopher White and Laura Ashley White were divorced in December 2022. Following entry of the final judgment and decree of divorce, Eric filed a timely application for a discretionary appeal. (Case No. A23D0226, docketed January 20, 2023.) On February 15, this Court entered an order denying Eric's initial application on the merits. One week later, Eric filed the current application, again seeking discretionary review of the final judgment and decree of divorce. This Court dismissed Eric's second application on February 28, relying, inter alia, on the res judicata effect of our February 15 order denying the application in Case No. A23D0226. Eric then moved for reconsideration of both the February 15 and the February 28 orders. Eric argued that because he had a motion for new trial pending in the trial court at the time he filed his applications, our only option in both cases was to dismiss the application based on his premature filing of the same. On March 23, the Court issued an order granting Eric's motion for reconsideration in Case No. A23D0226, vacating the February 15 order denying the application on the merits, and dismissing the application for lack of jurisdiction.

As a general rule, an appeal filed when a motion for new trial is pending confers no jurisdiction on an appellate court and results in dismissal of the appeal. See *Booker v. Amdur*, 186 Ga. App. 276, 276 (367 SE2d 94) (1988). Moreover, because the February 15 order denying Eric's initial application for a discretionary

appeal has been vacated, it has no preclusive effect. Accordingly, Eric's motion for reconsideration is hereby GRANTED and our February 28, 2023 order dismissing Eric's current application is hereby VACATED. On reconsideration, Eric's current application is hereby DISMISSED as premature.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* *03/27/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*